# United States Court of Appeals
## For the First Circuit

No. 10-1125

LUCAS NICOLSON,

Petitioner, Appellee,

v.

ERICA PAPPALARDO,

Respondent, Appellant.

**ERRATA**

The opinion of this Court, issued on April 30, 2010, should be amended as follows.

On page 3, 1st line of 1st paragraph, delete the comma after "so".

On page 17, line 3, "This not surprising." should be "This is not surprising."